IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KENNETH SHAUN TRAYWICK, #177252, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:16-CV-279-WKW [WO] |
| ROBERT BENTLEY, *et al.*, | ) ) | |
| Defendants. | ) | |

## **ORDER**

On June 26, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 61.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, Defendant's motion for summary judgment (Doc. # 35) is GRANTED, and this case is DISMISSED with prejudice, with no costs taxed.

A separate final judgment will be entered.

DONE this 29th day of July, 2019.

                                         /s/ W. Keith Watkins
                              UNITED STATES DISTRICT JUDGE